# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jacoy Nathan Mahorn                           Docket No. 5:06-CR-128-1BO

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacoy Nathan Mahorn, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1), Possession of Two Firearms by a Convicted Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 21, 2010, to the custody of the Bureau of Prisons for a term of 9 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional condition:

1. The defendant is directed by the Court to the defendant to support his dependants, to maintain stable employment, and to refrain from associating with felons or others engaged in criminal activity.

Jacoy Nathan Mahorn was released from custody on October 28, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on December 9, 2011, and signed an admission, admitting to the use of marijuana on December 2, 2011. It is recommended that the drug aftercare condition be added so that the defendant may be placed in our Surprise Urinalysis Program for urinalysis screening.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Jacoy Nathan Mahorn
Docket No. 5:06-CR-128-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: December 15, 2011

## ORDER OF COURT

Considered and ordered this __15__ day of __December__, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge